JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD DEWAINE SCOTT, | Case No. CV 20-8046-JVS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 29, 2020

HONORABLE JAMES V. SELNA
United States District Judge